**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CARTER FOOTWEAR, INC.,**

    **Plaintiff,**

**v.**                                                     Case No. 8:09-MC-59-T-23EAJ

**GRAYSTONE WORLD-WIDE, INC.,**

    **Defendant.**

_____/

## **ORDER**

Before the court is Plaintiff's **Motion to Compel Attendance at Deposition, For Sanctions, For Attorney's Fees and Costs and Hearing** (Dkt. 5) filed on April 2, 2010.

In June 2009, Plaintiff registered a judgment against Defendant Andrew M. Badaloto ("Badaloto") with this court (Dkt. 1). Plaintiff asserts that Badaloto was personally and properly served with a subpoena <u>duces</u> <u>tecum</u> in aid of execution of judgment requiring Badaloto to appear at a deposition in Sarasota, Florida on January 22, 2010 (Dkt. 5-5).

Plaintiff requests an order requiring Badaloto to show cause why he failed to appear for the deposition. Further, Plaintiff requests that: (1) sanctions of attorney's fees and costs be imposed against Bataloto for his failure to appear at the deposition; (2) Badaloto be compelled to appear at a deposition at a place and time set by the court; (3) a hearing be conducted to determine if Defendant Badaloto willfully failed to appear at the deposition; and (4) a hearing be scheduled requiring Badaloto to testify regarding his finances to aid in the satisfaction of a judgment against him.

On April 7, 2010, the court directed Badaloto to show cause by April 29, 2010 why

Plaintiff's motion to compel attendance at deposition, for sanctions, and hearing should not be granted (Dkt. 6). Plaintiff was directed to serve a copy of Plaintiff's motion to compel on Badaloto, together with a copy of the April 7, 2010 order, and file a certificate of service with the court stating that the documents had been served (Id.).

On April 12, 2010, Plaintiff filed a proof of service stating that Badaloto was personally served on April 8, 2010 (Dkt. 9). Badaloto has failed to respond to the show cause order and the deadline for responding to the show cause order has passed.

Accordingly and upon consideration, it is **ORDERED** and **ADJUDGED** that:

(1) Badaloto is ordered to appear at a deposition in aid of execution of judgment at the offices of Sarasota Court Reporters, Sarasota Executive Suites, 677 North Washington Boulevard, Sarasota, Florida, on **Tuesday, June 22, 2010 at 10:00 a.m.**;

(2) At the June 22, 2010 deposition, Badaloto is directed to produce responsive documents requested in the subpoena duces tecum in aid of execution of judgment issued by Plaintiff on December 16, 2009;

(3) Plaintiff's request for sanctions and other relief is deferred pending compliance with order. Within five (5) days of the June 22, 2010 deposition, Plaintiff shall file a notice with the court regarding Defendant Badaloto's deposition testimony and production of documents in aid of execution of judgment;

(4) On or before June 1, 2010, Plaintiff shall serve a copy of Plaintiff's **Motion to Compel Attendance at Deposition, For Sanctions, For Attorney's Fees and Costs and Hearing** (Dkt. 5) on Badaloto, **together with a copy of this order**, and shall file a certificate of service with the court stating that these documents have been

2

served.

**DONE AND ORDERED** in Tampa, Florida on this 24th day of May, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge